UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)

Mark Goldman, Esq. #MG-8019

Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

**SHAHALAM HOSSAIN,**

Debtor

Case No. 165-32015

Chapter: 13

Hearing Date: September 26, 2018

Judge: Hon. Stacey L. Meisel

**ORDER FOR CANCELLATION OR DISCHARGE OF MORTGAGE
UPON COMPLETION OF CHAPTER 13 PLAN**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 3, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Page: | 2 |
| Debtor(s): | Shahalam Hossain |
| Case No.: | 15-32015 - Chapter 13 |
| Caption: | Order for Cancellation or Discharge of Mortgage Upon Completion of Chapter 13 Plan |

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, Mark Goldman, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that upon completion of the Chapter 13 plan, the mortgage given by the debtor, Shahalam Hossain, to Homecomings Financial Network, Inc. on September 11, 2006, and recorded in the Office of the Clerk or Register of Passaic County on September 15, 2006, at Book 8034, Page 299, as assigned to US Bank, N.A., as Trustee for Home Equity Loan Trust 2007-HSA1 under an Assignment of Mortgage dated January 6, 2016, and recorded in the Office of the Clerk of Register of Passaic County on January 7, 2016, at Book 515, Page 120, shall be deemed to have been paid in full and the debtor shall be entitled to record a copy of this Order which shall act as a discharge and/or cancellation of the said mortgage. The Office of the Clerk or Register of Passiac County is hereby authorized to discharge and/or cancel the mortgage of record.