**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)

Mark Goldman, Esq. #MG-8019

In Re:

**SHAHALAM HOSSAIN,**

Debtor

Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No. 165-32015

Chapter: 13

Hearing Date: September 26, 2018

Judge: Hon. Stacey L. Meisel

**ORDER FOR CANCELLATION OR DISCHARGE OF MORTGAGE**
**UPON COMPLETION OF CHAPTER 13 PLAN**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 3, 2018**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page: 2
Debtor(s): Shahalam Hossain
Case No.: 15-32015 - Chapter 13
Caption: Order for Cancellation or Discharge of Mortgage Upon Completion of Chapter 13 Plan

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, Mark Goldman, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that upon completion of the Chapter 13 plan, the mortgage given by the debtor, Shahalam Hossain, to Homecomings Financial Network, Inc. on September 11, 2006, and recorded in the Office of the Clerk or Register of Passaic County on September 15, 2006, at Book 8034, Page 299, as assigned to US Bank, N.A., as Trustee for Home Equity Loan Trust 2007-HSA1 under an Assignment of Mortgage dated January 6, 2016, and recorded in the Office of the Clerk of Register of Passaic County on January 7, 2016, at Book 515, Page 120, shall be deemed to have been paid in full and the debtor shall be entitled to record a copy of this Order which shall act as a discharge and/or cancellation of the said mortgage. The Office of the Clerk or Register of Passiac County is hereby authorized to discharge and/or cancel the mortgage of record.

United States Bankruptcy Court
District of New Jersey

In re:  
Shahalam Hossain  
    Debtor

Case No. 15-32015-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 04, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.  
db          #+Shahalam Hossain,    86 Caldwell Ave,    Paterson, NJ 07501-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:  
        David G. Beslow    on behalf of Debtor Shahalam  Hossain yrodriguez@goldmanlaw.org,  
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Kevin M. Buttery    on behalf of Creditor   OCWEN LOAN SERVICING, LLC bkyefile@rasflaw.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Mark  Goldman    on behalf of Debtor Shahalam  Hossain yrodriguez@goldmanlaw.org,  
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Miriam  Rosenblatt    on behalf of Creditor   OCWEN LOAN SERVICING, LLC bkyecf@rasflaw.com,  
        mrosenblatt@rasflaw.com  
        Patrick O. Lacsina    on behalf of Creditor   OCWEN LOAN SERVICING, LLC ,  
        PATRICK.LACSINA@GMAIL.COM  
        Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association et al ...  
        rsolarz@kmllawgroup.com  
        Seth  Greenhill    on behalf of Creditor   OCWEN LOAN SERVICING, LLC sgreenhill@rasflaw.com,  
        bkyecf@rasflaw.com;RAS@ecf.courtdrive.com  
                                                                                                                             TOTAL: 8