| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on December 18, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| IN RE:<br>   SHAHALAM HOSSAIN | Case No.:  15-32015 SLM<br><br>Hearing Date:  2/24/2016<br><br>Judge:  STACEY L. MEISEL<br><br>Debtor is Entitled To Discharge |

## AMENDED MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: December 18, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):     SHAHALAM HOSSAIN

Case No.:      15-32015 SLM

Caption of Order:   AMENDED MODIFIED ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 02/26/2016 is hereby modified as a result of the expiration of the claims bar date and that commencing 12/01/2015 the Debtor shall pay the Standing Trustee the sum of $255.00 for a period of 7 month(s), and then commencing 07/01/2016 the sum of $308.00 for a period of 29 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on December 18, 20 18, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk