| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>   SHAHALAM HOSSAIN | Order Filed on December 18,<br>2018 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey<br><br>Case No.:  15-32015 SLM<br><br>Hearing Date:  2/24/2016<br><br>Judge:  STACEY L. MEISEL<br><br>Debtor is Entitled To Discharge |

### AMENDED MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: December 18, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):           SHAHALAM HOSSAIN

Case No.:         15-32015 SLM

Caption of Order:   AMENDED MODIFIED ORDER CONFIRMING PLAN

    The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 02/26/2016 is hereby modified as a result of the expiration of the claims bar date and that commencing 12/01/2015 the Debtor shall pay the Standing Trustee the sum of $255.00 for a period of 7 month(s), and then commencing 07/01/2016 the sum of $308.00 for a period of 29 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

### CERTIFICATE OF MAILING

    I HEREBY CERTIFY that on December 18, 20 18, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-32015-SLM
Shahalam Hossain                                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1              Date Rcvd: Dec 18, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
db             +Shahalam Hossain,    86 Caldwell Ave,    Paterson, NJ 07501-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Shahalam  Hossain yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Kevin M. Buttery    on behalf of Creditor   OCWEN LOAN SERVICING, LLC bkyefile@rasflaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Shahalam  Hossain yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Miriam  Rosenblatt    on behalf of Creditor   OCWEN LOAN SERVICING, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Patrick O. Lacsina    on behalf of Creditor   OCWEN LOAN SERVICING, LLC ,
               PATRICK.LACSINA@GMAIL.COM
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association et al ...
               rsolarz@kmllawgroup.com
              Seth  Greenhill    on behalf of Creditor   OCWEN LOAN SERVICING, LLC sgreenhill@rasflaw.com,
               bkyecf@rasflaw.com;RAS@ecf.courtdrive.com
                                                                                               TOTAL: 8