Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 15−32015−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shahalam Hossain
   86 Caldwell Ave
   Paterson, NJ 07501

Social Security No.:
   xxx−xx−3586

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:    4/2/19
Time:    02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Goldman & Beslow, LLC, Debtor's Attorney,

COMMISSION OR FEES
$1193.51

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: February 28, 2019
JAN:

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-32015-SLM
Shahalam Hossain                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Feb 28, 2019
                              Form ID: 137             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
```
db             +Shahalam Hossain,    86 Caldwell Ave,    Paterson, NJ 07501-2510
515864871       Acs/us Bk Natl Brazos,    C/o Acs,    Utica, NY 13501
515864880      +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
515864879      +Chase Card Services,    Attn: Correspondence Dept,     Po Box 15298,    Wilmingotn, DE 19850-5298
515864878      +Chase Card Services,    Attn: Correspondence Dept,     Po Box 15298,    Wilmington, DE 19850-5298
515864882      +Citibank,   701 E 60th St N,    Sioux Falls, SD 57104-0493
515864881      +Citibank,   Citicorp Credt Srvs/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
515864883      +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                 St Louis, MO 63179-0040
515864884      +Citibank/Best Buy,    Po Box 30253,    Salt Lake City, UT 84130-0253
515864886      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
515864885      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
515864889    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court: Ditech Financial Llc,     332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
516079216      +Ditech Financial LLC,    7340 S. Kyrene Rd.,    Recovery Dept. T120,    Tempe, AZ 85283-4573
515864891      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515864890      +Dsnb Macys,    Macys Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
515864892       Fia Cs,   Consumer Loan Pr,    San Juan, PR 00929
515864896       Ocwen Loan Servicing,    P.O. Box 7805056,    Orlando, FL 32878
516087151       Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,     P.O. BOX 24605,
                 West Palm Beach, FL 33416-4605
515864897      +Rubin & Rothman, LLC,    1787 Veterans Highway, Ste. 32,    P.O. Box 9003,
                 Islandia, NY 11749-9003
517028033      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517028034      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2019 00:20:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2019 00:20:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,     One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515864876       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 00:24:49      Capital One,
                 Po Box 85015,    Richmond, VA 23285
515864872      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 01 2019 00:24:01
                 Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
                 Denver, CO 80237-3485
515864873      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 01 2019 00:23:58
                 Cach Llc/Square Two Financial,    4340 S Monaco St Unit 2,     Denver, CO 80237-3581
515864877      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 00:23:47      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
515864875      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 00:24:17      Capital One,
                 Attn: Bankruptcy,    Pob 30253,    Salt Lake City, UT 84130-0253
515864874      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 00:24:17      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515948925       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 00:24:49
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515864888       E-mail/Text: mrdiscen@discover.com Mar 01 2019 00:19:22      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
515864887      +E-mail/Text: mrdiscen@discover.com Mar 01 2019 00:19:22      Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
515864894      +E-mail/Text: bncnotices@becket-lee.com Mar 01 2019 00:19:26      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
515864893      +E-mail/Text: bncnotices@becket-lee.com Mar 01 2019 00:19:26      Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
516067394       E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 00:24:43      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,     Miami FL 33131-1605
515864898      +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 00:24:43      Synchrony Bank/PayPal Cr,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
515864899      +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 00:23:42      Synchrony Bank/PayPal Cr,
                 Po Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 16
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 28, 2019
                              Form ID: 137             Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517028042*     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
517976205*     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
517028043*     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517976206*     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
515864895      ##Ocwen,   P.O. Box 6440,   Carol Stream, IL 60197-6440
                                                                                TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2019 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ajennings@rasflaw.com
              David G. Beslow    on behalf of Debtor Shahalam  Hossain yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Kevin M. Buttery    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkyefile@rasflaw.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Shahalam  Hossain yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Miriam  Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Patrick O. Lacsina    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ,
               PATRICK.LACSINA@GMAIL.COM
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association et al ...
               rsolarz@kmllawgroup.com
              Seth  Greenhill    on behalf of Creditor    OCWEN LOAN SERVICING, LLC sgreenhill@rasflaw.com,
               bkyecf@rasflaw.com;RAS@ecf.courtdrive.com
              Sindi  Mncina    on behalf of Creditor    OCWEN LOAN SERVICING, LLC smncina@rascrane.com
                                                                                                 TOTAL: 10
```