| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Shahalam Hossain<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−3586<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   15−32015−SLM | | |

## Order of Discharge                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shahalam Hossain

3/20/19                                                **By the court:** <u>Stacey L. Meisel</u>
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 15-32015-SLM
Shahalam Hossain                                                    Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Mar 20, 2019
                              Form ID: 3180W               Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
db             +Shahalam Hossain,    86 Caldwell Ave,    Paterson, NJ 07501-2510
515864871       Acs/us Bk Natl Brazos,    C/o Acs,    Utica, NY 13501
515864881      +Citibank,   Citicorp Credt Srvs/Centralized Bankrupt,     Po Box 790040,
                 Saint Louis, MO 63179-0040
515864883      +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                 St Louis, MO 63179-0040
515864884      +Citibank/Best Buy,    Po Box 30253,    Salt Lake City, UT 84130-0253
515864885      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,     Po Box 790040,
                 Saint Louis, MO 63179-0040
515864889     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court: Ditech Financial Llc,     332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
516079216      +Ditech Financial LLC,    7340 S. Kyrene Rd.,    Recovery Dept. T120,    Tempe, AZ 85283-4573
515864892       Fia Cs,   Consumer Loan Pr,    San Juan, PR 00929
515864896       Ocwen Loan Servicing,    P.O. Box 7805056,    Orlando, FL 32878
516087151       Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,     P.O. BOX 24605,
                 West Palm Beach, FL 33416-4605
515864897      +Rubin & Rothman, LLC,    1787 Veterans Highway, Ste. 32,    P.O. Box 9003,
                 Islandia, NY 11749-9003
517028033      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517028034      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2019 23:51:20     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2019 23:51:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515864876       EDI: CAPITALONE.COM Mar 21 2019 03:08:00     Capital One,   Po Box 85015,   Richmond, VA 23285
515864872      +EDI: RESURGENT.COM Mar 21 2019 03:08:00     Cach Llc/Square Two Financial,
                 Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
515864873      +EDI: RESURGENT.COM Mar 21 2019 03:08:00     Cach Llc/Square Two Financial,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3581
515864877      +EDI: CAPITALONE.COM Mar 21 2019 03:08:00     Capital One,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
515864875      +EDI: CAPITALONE.COM Mar 21 2019 03:08:00     Capital One,   Attn: Bankruptcy,   Pob 30253,
                 Salt Lake City, UT 84130-0253
515864874      +EDI: CAPITALONE.COM Mar 21 2019 03:08:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
515948925       EDI: CAPITALONE.COM Mar 21 2019 03:08:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
515864879      +EDI: CHASE.COM Mar 21 2019 03:08:00     Chase Card Services,   Attn: Correspondence Dept,
                 Po Box 15298,   Wilmingotn, DE 19850-5298
515864878      +EDI: CHASE.COM Mar 21 2019 03:08:00     Chase Card Services,   Attn: Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
515864880      +EDI: CHASE.COM Mar 21 2019 03:08:00     Chase Card Services,   Po Box 15298,
                 Wilmington, DE 19850-5298
515864882      +EDI: CITICORP.COM Mar 21 2019 03:08:00     Citibank,   701 E 60th St N,
                 Sioux Falls, SD 57104-0493
515864886      +EDI: CITICORP.COM Mar 21 2019 03:08:00     Citibank/The Home Depot,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
515864888       EDI: DISCOVER.COM Mar 21 2019 03:08:00     Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
515864887      +EDI: DISCOVER.COM Mar 21 2019 03:08:00     Discover Financial,   Attn: Bankruptcy,
                 Po Box 3025,   New Albany, OH 43054-3025
515864891      +EDI: TSYS2.COM Mar 21 2019 03:08:00     Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
515864890      +EDI: TSYS2.COM Mar 21 2019 03:08:00     Dsnb Macys,   Macys Bankruptcy Department,
                 Po Box 8053,   Mason, OH 45040-8053
515864894      +EDI: CBSKOHLS.COM Mar 21 2019 03:08:00     Kohls/Capital One,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-5660
515864894      +E-mail/Text: bncnotices@becket-lee.com Mar 20 2019 23:50:20     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
515864893      +EDI: CBSKOHLS.COM Mar 21 2019 03:08:00     Kohls/Capital One,   Po Box 3120,
                 Milwaukee, WI 53201-3120
515864893      +E-mail/Text: bncnotices@becket-lee.com Mar 20 2019 23:50:21     Kohls/Capital One,
                 Po Box 3120,   Milwaukee, WI 53201-3120
516067394       EDI: RMSC.COM Mar 21 2019 03:08:00     Synchrony Bank,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
515864898      +EDI: RMSC.COM Mar 21 2019 03:08:00     Synchrony Bank/PayPal Cr,   Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 20, 2019
                              Form ID: 3180W           Total Noticed: 37
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515864899        +EDI: RMSC.COM Mar 21 2019 03:08:00   Synchrony Bank/PayPal Cr,   Po Box 965005,
                  Orlando, FL 32896-5005
                                                                                               TOTAL: 25

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517028042*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
517976205*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
517028043*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517976206*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515864895        ##Ocwen,    P.O. Box 6440,   Carol Stream, IL 60197-6440
                                                                                          TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:
```
              Aleisha Candace Jennings    on behalf of Creditor     OCWEN LOAN SERVICING, LLC ajennings@rasflaw.com
              David G. Beslow    on behalf of Debtor Shahalam  Hossain yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Kevin M. Buttery     on behalf of Creditor     OCWEN LOAN SERVICING, LLC bkyefile@rasflaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Shahalam  Hossain yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Miriam  Rosenblatt    on behalf of Creditor     OCWEN LOAN SERVICING, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Patrick O. Lacsina    on behalf of Creditor     OCWEN LOAN SERVICING, LLC ,
               PATRICK.LACSINA@GMAIL.COM
              Rebecca Ann Solarz    on behalf of Creditor     U.S. Bank National Association et al ...
               rsolarz@kmllawgroup.com
              Seth  Greenhill    on behalf of Creditor     OCWEN LOAN SERVICING, LLC sgreenhill@rasflaw.com,
               bkyecf@rasflaw.com;RAS@ecf.courtdrive.com
              Sindi  Mncina    on behalf of Creditor     OCWEN LOAN SERVICING, LLC smncina@rascrane.com
                                                                                               TOTAL: 10
```