UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey 07017
Phone: 973-677-9000

Mark Goldman, Esq. #MG-8019
Attorney for Debtors (s)

Order Filed on April 8, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

SHAHALAN HOSSAIN,

Debtor

Case No.: 15-32015

Chapter: 13

Judge: SLM

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: April 8, 2019

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page: 2
Debtor(s); Shahalan Hossain
Case No.: 15-32015/SLM

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that Mark Goldman, Esq. the applicant, is allowed the sum of $1 193.51 for services rendered and expenses in the amount of $0 for a total of $ 1,193.51. The allowance shall be payable:

        through the Chapter 13 plan as an administrative priority.

    **X**   outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.