UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey 07017
Phone: 973-677-9000

Mark Goldman, Esq. #MG-8019
Attorney for Debtors (s)

Order Filed on April 8, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

SHAHALAN HOSSAIN,

Debtor

Case No.: 15-32015
Chapter: 13
Judge: SLM

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: April 8, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page: 2
Debtor(s); Shahalan Hossain
Case No.: 15-32015/SLM

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that Mark Goldman, Esq. the applicant, is allowed the sum of $1 193.51 for services rendered and expenses in the amount of $0 for a total of $ 1,193.51. The allowance shall be payable:

        \_\_\_\_ through the Chapter 13 plan as an administrative priority.

        _X_ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-32015-SLM
Shahalam Hossain                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                 Page 1 of 1              Date Rcvd: Apr 08, 2019
                                Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
db             +Shahalam Hossain,    86 Caldwell Ave,    Paterson, NJ 07501-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ajennings@rasflaw.com
          David G. Beslow    on behalf of Debtor Shahalam  Hossain yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Kevin M. Buttery    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkyefile@rasflaw.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Goldman    on behalf of Debtor Shahalam  Hossain yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Patrick O. Lacsina    on behalf of Creditor    OCWEN LOAN SERVICING, LLC ,
           PATRICK.LACSINA@GMAIL.COM
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association et al ...
           rsolarz@kmllawgroup.com
          Seth Greenhill    on behalf of Creditor    OCWEN LOAN SERVICING, LLC sgreenhill@rasflaw.com,
           bkyecf@rasflaw.com;RAS@ecf.courtdrive.com
          Sindi Mncina    on behalf of Creditor    OCWEN LOAN SERVICING, LLC smncina@rascrane.com
                                                                                              TOTAL: 10